**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1375**

ROSS A. FIORANI, JR.,

       Plaintiff - Appellant,

   v.

NAVY FEDERAL CREDIT UNION; ROBERT BERGER, Senior Vice President; MR. STEINER, Account Manager; THEMA T. SCOTT, MD, S-30079348896; SIA COMPANY,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, Senior District Judge.  (1:14-cv-01498-TSE-JFA)

Submitted:  August 20, 2015      Decided:  August 24, 2015

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ross A. Fiorani, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ross A. Fiorani, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fiorani v. Navy Fed. Credit Union, No. 1:14-cv-01498-TSE-JFA (E.D. Va. filed Mar. 31, 2015; entered Apr. 1, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED